IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00523-MSK-MEH

OMOYEMEN EYEKHOBHELO,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, a body politic and corporate of the State of Colorado, acting by and through its agency the Colorado Springs Municipal Courthouse,
ANN CROSSEY, acting in her capacity as the Director of Human Resources, and
STEVEN COX, acting in his capacity as the Chief Executive Officer for the City of Colorado Springs,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2011.**

Defendants' Motion to Deny and/or Strike Plaintiff's First Amended Complaint and Jury Demand [filed June 24, 2011; docket #21] is **granted** as follows. The First Amended Complaint and Jury Demand [filed June 13, 2011; docket #19] is hereby **stricken** as filed out of time and not in compliance with Fed. R. Civ. P. 15(a).[1]

The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). Any future filing not in compliance may be stricken.

---

[1] Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff may have amended her pleading once as a matter of course within 21 days after service of Defendants' Rule 12(b) motion, on or before June 3, 2011. The First Amended Complaint and Jury Demand was filed, without leave of court, out of time on June 13, 2011.